IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LIGIA MUNTEANU, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Case No.: 2:19-cv-11085-MAG-MKM |
| | * |
| DETROIT BISTRO, LLC, et al., | * |
| | * |
| Defendants. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER GRANTING MOTION

Upon consideration of Plaintiff's Motion for Default Judgment, any opposition thereto and any hearing thereon, and for good cause found, it is on this ninth day of June 2020, by the United States District Court for the Eastern District of Michigan ORDERED that Plaintiff's Motion be, and the same hereby is, GRANTED, and it is further ORDERED that Judgment by Default shall be entered in favor of Plaintiff Ligia Munteanu and against Defendants Bulldog Enterprise, LLC and Alois Peter Warren, II, jointly and severally, in the following amounts: (1) An Award of Unpaid Wages to Plaintiff in the amount of $27,002.00; plus (2) An Award of Statutory Liquidated Damages to Plaintiff in the amount of $27,002.00.  It is further ORDERED that within fourteen (14) days of the date of this Order, Plaintiff shall file her petition with supporting proof of Plaintiff's counsel's attorney's fees and costs for the Court to enter an award of attorney's fees and costs.

SO ORDERED.

Dated:  June 10, 2020                                           s/Mark A. Goldsmith
          Detroit, Michigan                                         MARK A. GOLDSMITH
                                                                             United States District Judge