IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LIGIA MUNTEANU | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Case No.: 2:19-cv-11085-MAG-MKM |
| | * |
| DETROIT BISTRO, LLC, et al. | * |
| | * |
| Defendants. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

It is on this ninth day of June 2020, by the United States District Court for the Eastern District of Michigan ORDERED that Judgment shall be, and hereby is, entered in favor of Plaintiff Ligia Munteanu and against Defendants Bulldog Enterprise, LLC and Alois Peter Warren, II, jointly and severally, in the following amounts:

(1)   A judgment award of unpaid wages to Plaintiff in the amount of $27,002.00; plus

(2)   A judgment award of statutory liquidated damages to Plaintiff in the amount of $27,002.00.

          DAVID J. WEAVER
          CLERK OF THE COURT

          By:   s/Karri Sandusky
          DEPUTY COURT CLERK

APPROVED:


s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

Dated: June 10, 2020

1